# EXHIBIT A

Int. Cls.: **9 and 10**

Prior U.S. Cls.: **21, 23, 26, 36, 38, 39 and 44**

**United States Patent and Trademark Office**

Reg. No. 2,596,539
Registered July 23, 2002

## TRADEMARK
## PRINCIPAL REGISTER



SAFESKIN CORPORATION (FLORIDA CORPORATION)
12671 HIGH BLUFF DRIVE
SAN DIEGO, CA 92130

FOR: PROTECTIVE GLOVES FOR INDUSTRIAL USE, AND DISPOSABLE NITRILE GLOVES FOR USE IN LABORATORIES AND CLEANROOM ENVIRONMENTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-18-1996; IN COMMERCE 12-18-1996.

FOR: GLOVES FOR MEDICAL AND SURGICAL USES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 10-29-1998; IN COMMERCE 10-29-1998.

THE MARK CONSISTS OF THE COLOR PURPLE AS APPLIED TO THE GOODS. THE DOTTED OUTLINE OF THE GOODS IS INTENDED TO SHOW THE POSITION OF THE MARK AND IS NOT A PART OF THE MARK. THE DRAWING IS LINE FOR THE COLOR PURPLE..

SER. NO. 75-640,743, FILED S.R. 2-12-1999 AM. P.R. 7-28-2000.

JENNIFER CHICOSKI, EXAMINING ATTORNEY