# EXHIBIT B

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

United States Patent and Trademark Office

Reg. No. 3,099,894
Registered June 6, 2006

## TRADEMARK
## PRINCIPAL REGISTER



KIMBERLY-CLARK WORLDWIDE, INC. (DELAWARE CORPORATION)
401 NORTH LAKE STREET
NEENAH, WI 54956

FOR: DISPOSABLE NITRILE GLOVES FOR GENERAL USE, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 9-26-2002; IN COMMERCE 9-26-2002.

OWNER OF U.S. REG. NO. 2,596,539.

THE DRAWING IS LINED FOR THE COLOR(S) PURPLE.

THE MARK CONSISTS OF THE COLOR PURPLE AS APPLIED TO THE GOODS. THE DOTTED OUTLINE OF THE GOODS IS INTENDED TO SHOW THE POSITION OF THE MARK AND IS NOT A PART OF THE MARK.

SEC. 2(F).

SER. NO. 78-241,456, FILED 4-24-2003.

ANDREW LAWRENCE, EXAMINING ATTORNEY