# EXHIBIT D



| | |
|---|---|
| Document title: | Nitrile Powder-Free Examination Gloves \| Sri Trang Gloves Thailand (STGT) |
| Capture URL: | https://www.sritranggloves.com/en/our-business/products/nitrile-powder-free-examination-gloves |
| Page loaded at (UTC): | Tue, 12 Jul 2022 16:09:06 GMT |
| Capture timestamp (UTC): | Tue, 12 Jul 2022 16:12:11 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | cb4d590b-b299-409e-967e-c3de82f7c85f |
| User: | ldeines |

PDF REFERENCE #: 29wAd1SsqEwaenYZ6Y1vXL



## Balance Nitrile Powder-Free

↓ Download brochure

Its balance of protection and tactile sensitivity convinced users at all different kind of applications. While it can be used as a medical examination and Category III protective glove, this latex-free protection comes in handy, while you work on glass equipment in laboratories or kitchens.

The finger-texturing allows optimal performance by a high a degree of sense of touch throughout the glove film. The finished surface allows grabbing of any smooth and wet surface without losing grip to it, while protecting from any surroundings that should not come in contact with bare skin.

**Properties**

| Average M size | Length 240mm |
|---|---|

**Complied to**

  
 


For more of our ⌈ Touch Of Life™ ⌋ Products please contact

✉ Contact Us



| | |
|---|---|
| Document title: | Nitrile Powder-Free Examination Gloves \| Sri Trang Gloves Thailand (STGT) |
| Capture URL: | https://www.sritranggloves.com/en/our-business/products/nitrile-powder-free-examination-gloves |
| Page loaded at (UTC): | Tue, 12 Jul 2022 16:09:06 GMT |
| Capture timestamp (UTC): | Tue, 12 Jul 2022 16:14:23 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 67bfef6e-d04e-49b8-bd9d-b4b550ed8b79 |
| User: | ldeines |

PDF REFERENCE #:     ntveUiFEnr73SaRZwgqzgS



## Chemo Plus Nitrile Powder-Free

[ Download brochure ]

Chemo Plus Nitrile Powder-Free Gloves series are tested against 29 chemotherapy drugs according to ASTM D6978, which presently is the most stringent test method for protective gloves against chemical permeation. No permeation up to 240 minutes when the gloves were tested in accordance to ASTM D6978.

**Properties**



**Complied to**

  
 


For more of our ˊTouch Of Life™˴ Products please contact


Contact Us



| | |
|---|---|
| Document title: | Nitrile Powder-Free Examination Gloves | Sri Trang Gloves Thailand (STGT) |
| Capture URL: | https://www.sritranggloves.com/en/our-business/products/nitrile-powder-free-examination-gloves |
| Page loaded at (UTC): | Tue, 12 Jul 2022 16:09:06 GMT |
| Capture timestamp (UTC): | Tue, 12 Jul 2022 16:11:20 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | f77f0d86-9d2a-43cf-bb9a-45821c9917c9 |
| User: | ldeines |

PDF REFERENCE #:         tviJE7hED1Z2Z8yHiKuZSp



### Comfort Nitrile Powder-Free

↓ Download brochure

Our Comfort Nitrile PF are ideal for those who love reliable protection with great skin alike comfort and reduced fatigue in your hand. It is designed to provide a reliable solution to cover all application areas, commonly encountered anywhere in medical application area. This is why the product extends the range of covered fields by typical medical, protective equipment and safe food handling applications. While the comfortable, soft nitrile has many advantages, its worldwide acceptance is for sure the biggest account on the "pro".

**Properties**

| Average M size | Length 240mm |
|---|---|

**Complied to**

  



For more of our ˹ Touch Of Life™ ˼ Products please contact


Contact Us



| | |
|---|---|
| Document title: | Nitrile Powder-Free Examination Gloves \| Sri Trang Gloves Thailand (STGT) |
| Capture URL: | https://www.sritranggloves.com/en/our-business/products/nitrile-powder-free-examination-gloves |
| Page loaded at (UTC): | Tue, 12 Jul 2022 16:09:06 GMT |
| Capture timestamp (UTC): | Tue, 12 Jul 2022 16:14:13 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 760c779c-2c3f-4b55-83b1-6e95546e24bb |
| User: | ldeines |

PDF REFERENCE #:         aGEQKeTvtuebRubbK155a7



COLOUR
**OYSTER**

## Chemo Plus Nitrile Powder-Free

↓ Download brochure

Chemo Plus Nitrile Powder-Free Gloves series are tested against 29 chemotherapy drugs according to ASTM D6978, which presently is the most stringent test method for protective gloves against chemical permeation. No permeation up to 240 minutes when the gloves were tested in accordance to ASTM D6978.

**Properties**



**Complied to**

  
 


For more of our ˹Touch Of Life™˼ Products please contact


Contact Us



| | |
|---|---|
| Document title: | Customers Countries \| Sri Trang Gloves Thailand (STGT) |
| Capture URL: | https://www.sritranggloves.com/en/corporate-info/customers-countries |
| Page loaded at (UTC): | Tue, 12 Jul 2022 16:17:24 GMT |
| Capture timestamp (UTC): | Tue, 12 Jul 2022 16:17:50 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 3074dc16-4dff-4801-ab16-195fe751f7cf |
| User: | ldeines |

PDF REFERENCE #:     chUhV1hyKrzFgJSdBFDS7A



Customers Countries

cument title: Customers Countries | Sri Trang Gloves Thailand (STGT)
pture URL: https://www.sritranggloves.com/en/corporate-info/customers-countries


Home  |  Corporate Info  |  Customers Countries

## We deliver our ⌈Touch Of Life™⌋ Products to 95 Countries in 2019.





**Company Name**
Sri Trang Gloves (Thailand) Public Company Limited

**Address**
17th Floor, Park Venture Ecoplex Unit 1701, 1707-1712
No. 57 Wireless Road, Lumpini, Pathumwan, Bangkok,
10330, Thailand

**Telephone**
0-2207-4500

**Fax**
0-2108-2241-44

**Products**
Latex Powdered Examination Gloves
Latex Powder – Free Examination Gloves
Nitrile Powder-Free Examination Gloves
Gamma Ray Sterile Examination Gloves

**Inquiry Form**
International Business inquiry
Thai Business Inquiry
Other Inquiry

Copyright © 2019 Sri Trang Gloves (Thailand) Plc. All Rights Reserved.

Term & Conditions  |  Sitemap  |  Privacy Policy  |  Cookie

Follow Us:  

Contact Us

cument title: Customers Countries | Sri Trang Gloves Thailand (STGT)
pture URL: https://www.sritranggloves.com/en/corporate-info/customers-countries