# EXHIBIT E

Bates&Bates
INTELLECTUAL PROPERTY LAW

July 12, 2022

**VIA UPS and E-Mail**:
Sri Trang USA Inc.
5820 West Cypress Street, Suite H
Tampa, Florida 33607-1785
Attn: Legal Counsel
Tel.: 1.813.606.4301
E-Mail: hello@ventyv.com

**CC Via UPS and E-Mail**:
Sri Trang Gloves (Thailand) Public Company Limited
17th Floor, Park Venture Ecoplex Unit 1701, 1707-1712
No. 57 Wireless Road, Lumpini, Pathumwan, Bangkok,
10330, Thailand
Attn: Legal Counsel
Tel: 0-2207-4500
Fax: 0-2108-2241-44
Email: dpo@sritranggroup.com

**CC Via UPS**:
Sri Trang Argo-Industry Public Company Limited
10 Soi 10, Phetkasem Road, Hatyai, Songkhla
90110, Thailand
Attn: Legal Counsel
Tel: 0-7434-4663
Fax: 0-7434-4676, 0-7434-4677, 0-7423-7423
Email: dpo@sritranggroup.com

    **Re: Unauthorized Use and Infringement of O&M Halyard's Trademarks by Sri Trang.**

Dear Counsel:

  We represent O&M Halyard, Inc. ("O&M Halyard") in intellectual property matters. O&M Halyard owns exclusive trademark rights for: the color purple as used with gloves (U.S. Reg. Nos. 2596539 and 3099894). O&M Halyard also owns rights to the color gray as used with gloves (U.S. Supplemental Reg. No. 5613962)(collectively, the "O&M Halyard Marks"). O&M Halyard has been using the O&M Purple Color Mark on gloves since 2002, making O&M's Purple Color Mark incontestable.

We are writing in regard to Sri Trang's use of the O&M Halyard Marks on disposable gloves and in its advertising. As we believe Sri Trang may have been unaware of the O&M Halyard Marks, we are writing to inform you that Sri Trang is advertising disposable gloves bearing the O&M Halyard Marks. *See* **Exhibit A**.

As a trademark owner, O&M Halyard has a duty to enforce its trademark rights and to protect customers from confusion regarding the source and quality of gloves and other PPE bearing the O&M Halyard Marks. Failure to police the O&M Halyard Marks could put the validity of its Marks in question.

This letter is being sent to protest this unauthorized use of the O&M Halyard Marks. Sri Trang's use of the O&M Halyard Marks unfairly capitalizes on the goodwill and reputation embodied in the O&M Halyard Marks and implies that Sri Trang's products and services meet the safety standards of O&M Halyard and/or are endorsed by O&M Halyard. The public will and likely has already mistakenly believed that Sri Trang's use of the aforementioned O&M Halyard Marks is authorized, sponsored by, or is somehow affiliated with O&M Halyard.

This type of deceptive trade practice constitutes trademark infringement under Section 32(1) of the Lanham Act, 15 USC § 1114(1), a false designation of the original and false description under Section 43(a) of the Lanham Act, 15 USC § 1125(a), and violates state trademark and dilution statutes as well as common law principles of unfair competition and misappropriation. The activity actionable under federal law causes Sri Trang to be liable to O&M Halyard in every state in which it has made sales. In addition to U.S. law, the use of the O&M Halyard Marks in countries where O&M Halyard has obtained registered marks or pending marks likely violates the trademark laws of that Jurisdiction.

We hereby demand that Sri Trang **immediately cease and desist** from using the O&M Halyard Marks on any products/packaging, advertisements or in connection with any listings. We further request that Sri Trang or any affiliated entity or agent will: (1) immediately cease use of the O&M Halyard Marks or any marks confusingly similar to the O&M Halyard Marks, and (2) rescind and refrain from any further advertisements bearing the O&M Halyard Marks or any marks confusingly similar to the O&M Halyard Marks. Finally, Sri Trang will need to provide an accounting of all the disposable gloves sold using the O&M Halyard Marks, or any marks confusingly similar to the O&M Halyard Marks, so we can discuss a resolution to this matter.

This is an extremely serious matter to O&M Halyard, and we have been instructed to take all steps necessary to ensure that O&M Halyard's valuable, well-established rights are protected.

We appreciate your cooperation in this matter and look forward to receiving your response by **July 19, 2022**. Failure to comply with the terms of this letter on or before **July 19, 2022**, may result in O&M Halyard taking further legal action.

This letter is sent without prejudice to O&M Halyard's rights and claims, all of which are expressly reserved.

Regards,

/s/ Andrea E. Bates, Esq.
Andrea E. Bates, Esq.
abates@bates-bates.com

# Exhibit A



| | |
|---|---|
| Document title: | Nitrile Powder-Free Examination Gloves \| Sri Trang Gloves Thailand (STGT) |
| Capture URL: | https://www.sritranggloves.com/en/our-business/products/nitrile-powder-free-examination-gloves |
| Page loaded at (UTC): | Tue, 12 Jul 2022 16:09:06 GMT |
| Capture timestamp (UTC): | Tue, 12 Jul 2022 16:12:11 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | cb4d590b-b299-409e-967e-c3de82f7c85f |
| User: | ldeines |

PDF REFERENCE #:    29wAd1SsqEwaenYZ6Y1vXL



## Balance Nitrile Powder-Free

↓ Download brochure

Its balance of protection and tactile sensitivity convinced users at all different kind of applications. While it can be used as a medical examination and Category III protective glove, this latex-free protection comes in handy, while you work on glass equipment in laboratories or kitchens.

The finger-texturing allows optimal performance by a high a degree of sense of touch throughout the glove film. The finished surface allows grabbing of any smooth and wet surface without losing grip to it, while protecting from any surroundings that should not come in contact with bare skin.

**Properties**

| Average M size | Length 240mm |
|---|---|

**Complied to**

    

For more of our ⌈ Touch Of Life™ ⌋ Products please contact


Contact Us



| | |
|---|---|
| Document title: | Nitrile Powder-Free Examination Gloves \| Sri Trang Gloves Thailand (STGT) |
| Capture URL: | https://www.sritranggloves.com/en/our-business/products/nitrile-powder-free-examination-gloves |
| Page loaded at (UTC): | Tue, 12 Jul 2022 16:09:06 GMT |
| Capture timestamp (UTC): | Tue, 12 Jul 2022 16:14:23 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 67bfef6e-d04e-49b8-bd9d-b4b550ed8b79 |
| User: | ldeines |

PDF REFERENCE #:   ntveUiFEnr73SaRZwgqzgS



## Chemo Plus Nitrile Powder-Free

↓ Download brochure

Chemo Plus Nitrile Powder-Free Gloves series are tested against 29 chemotherapy drugs according to ASTM D6978, which presently is the most stringent test method for protective gloves against chemical permeation. No permeation up to 240 minutes when the gloves were tested in accordance to ASTM D6978.

**Properties**



**Complied to**

  
 


For more of our ˚Touch Of Life™˛ Products please contact





| | |
|---|---|
| Document title: | Nitrile Powder-Free Examination Gloves \| Sri Trang Gloves Thailand (STGT) |
| Capture URL: | https://www.sritranggloves.com/en/our-business/products/nitrile-powder-free-examination-gloves |
| Page loaded at (UTC): | Tue, 12 Jul 2022 16:09:06 GMT |
| Capture timestamp (UTC): | Tue, 12 Jul 2022 16:11:20 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | f77f0d86-9d2a-43cf-bb9a-45821c9917c9 |
| User: | ldeines |

PDF REFERENCE #:        tviJE7hED1Z2Z8yHiKuZSp



COLOUR
**OYSTER**

## Comfort Nitrile Powder-Free

↓ Download brochure

Our Comfort Nitrile PF are ideal for those who love reliable protection with great skin alike comfort and reduced fatigue in your hand. It is designed to provide a reliable solution to cover all application areas, commonly encountered anywhere in medical application area. This is why the product extends the range of covered fields by typical medical, protective equipment and safe food handling applications. While the comfortable, soft nitrile has many advantages, its worldwide acceptance is for sure the biggest account on the "pro".

**Properties**

| Average M size | Length 240mm |
|---|---|

**Complied to**

  



For more of our ˝ Touch Of Life™ ˳ Products please contact


Contact Us



| | |
|---|---|
| Document title: | Nitrile Powder-Free Examination Gloves \| Sri Trang Gloves Thailand (STGT) |
| Capture URL: | https://www.sritranggloves.com/en/our-business/products/nitrile-powder-free-examination-gloves |
| Page loaded at (UTC): | Tue, 12 Jul 2022 16:09:06 GMT |
| Capture timestamp (UTC): | Tue, 12 Jul 2022 16:14:13 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 760c779c-2c3f-4b55-83b1-6e95546e24bb |
| User: | ldeines |

PDF REFERENCE #: aGEQKeTvtuebRubbK155a7



## Chemo Plus Nitrile Powder-Free

[Download brochure]

Chemo Plus Nitrile Powder-Free Gloves series are tested against 29 chemotherapy drugs according to ASTM D6978, which presently is the most stringent test method for protective gloves against chemical permeation. No permeation up to 240 minutes when the gloves were tested in accordance to ASTM D6978.

**Properties**



**Complied to**

  
 


For more of our "Touch Of Life™" Products please contact


Contact Us



| | |
|---|---|
| Document title: | Customers Countries \| Sri Trang Gloves Thailand (STGT) |
| Capture URL: | https://www.sritranggloves.com/en/corporate-info/customers-countries |
| Page loaded at (UTC): | Tue, 12 Jul 2022 16:17:24 GMT |
| Capture timestamp (UTC): | Tue, 12 Jul 2022 16:17:50 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 3074dc16-4dff-4801-ab16-195fe751f7cf |
| User: | ldeines |

PDF REFERENCE #:              chUhV1hyKrzFgJSdBFDS7A



Customers Countries


Home  |  Corporate Info  |  Customers Countries

## We deliver our ⌈Touch Of Life™⌋ Products to 95 Countries in 2019.





**Company Name**
Sri Trang Gloves (Thailand) Public Company Limited

**Address**
17th Floor, Park Venture Ecoplex Unit 1701, 1707-1712
No. 57 Wireless Road, Lumpini, Pathumwan, Bangkok,
10330, Thailand

**Telephone**
0-2207-4500

**Fax**
0-2108-2241-44

**Products**
Latex Powdered Examination Gloves
Latex Powder – Free Examination Gloves
Nitrile Powder-Free Examination Gloves
Gamma Ray Sterile Examination Gloves

**Inquiry Form**
International Business inquiry
Thai Business Inquiry
Other Inquiry

Copyright © 2019 Sri Trang Gloves (Thailand) Plc. All Rights Reserved.

Term & Conditions  |  Sitemap  |  Privacy Policy  |  Cookie

Follow Us:   

Contact Us

cument title: Customers Countries | Sri Trang Gloves Thailand (STGT)
pture URL: https://www.sritranggloves.com/en/corporate-info/customers-countries