IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| O&M HALYARD, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | Case No. 4:22-cv-00622-SDJ |
| § | |
| SRI TRANG USA, INC., ET AL. § | |
| § | |
| Defendants. § | |

## MEDIATOR'S REPORT

On October 11, 2023, a mediation conference was held in the above captioned case. All parties and counsel were present. **A full and final settlement was reached at the mediation.**

Note from the Mediator (if any):

Signed:   October 12, 2023

/s/ *Jeff Kaplan*
Hon. Jeff Kaplan (Ret.)
Mediator

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2023, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas.

*/s/ Katie Blume*
Case Manager
